```
United States Bankruptcy Court
       District of Puerto Rico
```

In re:                                                               Case No. 11-05181-ESL
RAFAEL DIAZ RIVERA                                                   Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0104-3          User: romoj              Page 1 of 1              Date Rcvd: Aug 23, 2011
                              Form ID: n5009           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2011.
```
 db         +RAFAEL DIAZ RIVERA,    PO BOX 9854,    CAGUAS, PR 00726-9854
 smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
 smg         FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
 smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR 00918
 3241717     ASOCIACION EMPLEADOS ELA,    PO BOX 364508,    SAN JUAN, PR 00936-4508
 3241718    +CITIFINANCIAL PLUS,    PO BOX 499,    HANOVER, MD 21076-0499
 3241719     CLARO,   PO BOX 70366,    SAN JUAN, PR 00936-8366
 3241720     COOP A/C ARECIBO,    PO BOX 1056,    ARECIBO, PR 00613-1056
 3241721     DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    SAN JUAN, PR 00902-4140
 3241722    +FIRST BANK,    MONEY EXPRESS,    PO BOX 19327,    SAN JUAN, PR 00910-1327
 3241724    +JEFFERSON CAPITAL SYST,    SPRINT,    16 MCLELAND RD,    SAINT CLOUD, MN 56303-2198
 3241725    +LUIS A LOPEZ LOPEZ,    7 PABLO CASALS STREET,    MAYAGUEZ, PR 00680-3912
 3245690     MONEY EXPRESS,    BANKRUPTCY DIVISION,    PO BOX 9146,    SAN JUAN PR 00908-0146
 3241726   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA MOTOR CREDIT CORP,      PO BOX 2730,    TORRANCE, CA 90509-2730)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
 smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Aug 23 2011 19:01:07     US TRUSTEE,   EDIFICIO OCHOA,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
 3241723     E-mail/Text: maria.benabe@firstbankpr.com Aug 23 2011 18:59:43     FIRSTBANK PR,    PO BOX 9146,
              SAN JUAN, PR 00908-0146
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr*        +COOP A/C ARECIBO,    PO BOX 1056,    ARECIBO, PR 00613-1056
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                     **Signature:**       *Joseph Speetjens*

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:* <br><br> **RAFAEL DIAZ RIVERA** <br><br><br> *xxx–xx–0130* <br>　　　　　Debtor(s) | Case No. 11–05181–ESL7 ESL <br> Chapter 7 <br><br><br><br> FILED & ENTERED ON <br> *8/23/11* |

## NOTICE

　　　You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

　　　You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

　　　Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

　　　San Juan, Puerto Rico, this *August 23, 2011*

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ MARIA DE LOS ANGELES GONZALEZ*
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc: all creditors　　　　　　　　　　　　　　　　　　By: *JOSE ROMO*
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk